IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NUMBER: 06-10434
CHAPTER 13

| | | |
|---|---|---|
| IN RE: | ) | NOTICE OF APPEARANCE |
| BRYANT J. PINNIX, | ) | PURSUANT TO BANKRUPTCY |
| | ) | RULE 9010 (b) AND REQUEST |
| DEBTOR(S), | ) | FOR NOTICES UNDER |
| _____ | ) | BANKRUPTCY RULE 2002 |

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

>Cliff Brisson, Jr.
>CRAIG, BRISSON & CLEMENTS, P.A.
>P. O. Box 1180
>Fayetteville, NC 28302
>(910) 483-0131

>With copy to:
>Choice Community Credit Union
>c/o Polk, Prober & Raphael
>Attn: Bankruptcy Dept.
>PO BOX 4365
>Woodland Hills, CA 91365

as counsel for Choice Community Credit Union**,** a creditor of the above named Debtor(s).

**CERTIFICATE OF SERVICE**

The undersigned certifies that following parties were electronically served:

>Anita Jo Kinlaw Troxler
>Chapter 13 Trustee

>James E. Pell
>Attorney for the Debtor(s)

REQUEST is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

>  s/Cliff Brisson, Jr.
>Cliff Brisson, Jr.
>N. C. State Bar No.: 8193
>P.O. Box 1180
>Fayetteville, NC 28302
>(910) 483-0131
>CB&C File # 5621.001