UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
BRYANT JEFFERY PINNIX  CASE NO. 06-10434 C-13G
1206 MAURY LANE  JUDGE WILLIAM L. STOCKS
GREENSBORO, NC  27401-4273
    Debtor

SSN(1) XXX-XX-1575  DATE: 09/19/2011

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

The above named Debtor(s) filed a petition commencing a case under Chapter 13 of the Bankruptcy Code on April 24, 2006.  A plan was confirmed by the Court and the Debtor has completed all payments under the plan.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.

ATTORNEY FOR THE DEBTOR(S):  
JAMES E PELL ESQ  
220 COMMERCE PLACE  
GREENSBORO, NC  27401

TRUSTEE:  
ANITA JO KINLAW TROXLER  
500 W FRIENDLY AVE STE 200  
P O BOX 1720  
GREENSBORO, NC  27402-1720

ADDRESSEE:  
REID WILCOX  
CLERK, U.S. BANKRUPTCY COURT  
P.O. BOX 26100  
GREENSBORO, NC  27420

DATED: September 19, 2011  
FOR THE COURT:  
REID WILCOX  
CLERK, U.S. BANKRUPTCY COURT  
P.O. BOX 26100  
GREENSBORO, NC  27420

BRYANT JEFFERY PINNIX                                          Case No. 06-10434 C-13G

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE

I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

BRYANT JEFFERY PINNIX
1206 MAURY LANE
GREENSBORO, NC  27401-4273

REID WILCOX
CLERK, U.S. BANKRUPTCY COURT
P.O. BOX 26100
GREENSBORO, NC  27420

JAMES E PELL ESQ
220 COMMERCE PLACE
GREENSBORO, NC  27401

1 CHOICE COMM CU
% CENTREX FINANCIAL
6782 S POTOMAC ST
CENTENNIAL, CO  80112

CITIFINANCIAL AUTO CORPORATION
ATTN MANAGING AGENT
P O BOX 9578
COPPELL, TX  75019-9578

CITIFINANCIAL AUTO CORPORATION
P O BOX 182287
COLUMBUS, OH  43218

CITIFINANCIAL AUTO CORPORATION
P O BOX 182287
COLUMBUS, OH  43218-2287

CLIFF BRISSON JR ESQ
CRAIG BRISSON & CLEMENTS PA
P O BOX 1180
FAYETTEVILLE, NC  28302

COUNTY BANK
19927 SHUTTLE RD
REHOBOTH BEACH, DE  19971

FIRST POINT RESOURCES
P O BOX 26140
GREENSBORO, NC  27402

GUILFORD CO TAX DEPT
P O BOX 3328
GREENSBORO, NC  27402

HOMECOMINGS FINANCIAL NETWORK
ATTN CASHIERING
2711 N HASKELL RD STE 900
DALLAS, TX  75204

HOWARD KING
404 FRANKLIN BLVD
GREENSBORO, NC  27401-4611

JENNIFER KING
1206 MAURY LN
GREENSBORO, NC  27401-4273

KIMBERLY A SHEEK ESQ
SHAPIRO & INGLE LLP
10130 PERIMETER PKWY STE 400
CHARLOTTE, NC  28216

BRYANT JEFFERY PINNIX                                    Case No. 06-10434 C-13G

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

N C DEPARTMENT OF REVENUE          POLK PROBER & RAPHAEL
BANKRUPTCY UNIT                    P O BOX 4365
P O BOX 1168                       WOODLAND HILLS, CA  91365
RALEIGH, NC  27602-1168

Date:    September 19, 2011         /s/  Ronda Bryant
                                    Chapter 13 Office
                                    Middle District of North Carolina, North Carolina

PAGE 2 OF 2